MARTHA A. HUNGERFORD, Appellant, *v.* THE VILLAGE OF WAVERLY et al., Respondents.

*Hungerford* v. *Village of Waverly*, 131 App. Div. 919, affirmed.
(Argued November 30, 1910; decided December 16, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered June 16, 1909, affirming a final judgment dismissing the complaint entered upon a prior order of said Appellate Division which reversed an interlocutory judgment of Special Term overruling a demurrer to the complaint and sustained such demurrer in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Charles C. Annabel* for appellant.

*Frank A. Bell* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, HAIGHT, VANN, HISCOCK and COLLIN, JJ. Dissenting from affirmance as to respondent Bingham, on authority of *Bennett* v. *Whitney* (94 N. Y. 302): CULLEN, Ch. J. Not voting: WILLARD BARTLETT, J.